Christopher R. Belmonte, Esq.
Satterlee Stephens Burke & Burke LLP
51 John F. Kennedy Parkway
First Floor West
Short Hills, New Jersey 07078-2713
Telephone: (973) 218-2509
Facsimile: (973) 218-2401
Email: cbelmonte@ssbb.com
*Attorneys for Defendant Merrick Bank, Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YECHEZKEL NEUBERGER,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK BANK, INC., A Professional Collection Agency and JOHN DOES 1-25,<br><br>Defendants | Civil Action: 3:16-cv-01602 (MAS)(TJB)<br><br>**STIPULATION** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties to this action that the time for Defendant Merrick Bank, Inc. to answer move or otherwise respond to the Complaint in this action is hereby extended through and including May 10, 2016.

Dated: April 25, 2016

| | |
|---|---|
| **SATTERLEE STEPHENS BURKE & BURKE LLP**<br><br>By: _____<br>Christopher R. Belmonte<br>51 John F. Kennedy Parkway<br>First Floor West<br>Short Hills, New Jersey 07078-2713<br>Telephone: (973) 218-2509<br>Facsimile: (973) 218-2401<br>Email: cbelmonte@ssbb.com<br>*Attorneys for Defendant Merrick Bank, Inc.* | **THE LAW OFFICES OF BENJAMIN G. KELSEN, ESQ. LLC**<br><br>By: _____<br>Benjamin G. Kelsen, Esq.<br>1415 Queen Anne Road<br>Suite 206<br>Teaneck, New Jersey 07666<br>Telephone: 210-692-0073<br>Facsimile: 201-692-0151<br>Email: info@kelsenlaw.com<br>*Attorney for Plaintiff Yechezkel Neuberger* |

2470383_1