## EXHIBIT A

Benjamin G. Kelsen, Esq.
The Law Offices of Benjamin G. Kelsen, Esq. LLC
1415 Queen Anne Road, Suite 206
Teaneck, New Jersey 07666
Telephone: 210-692-0073
Facsimile: 201-692-0151
Email: info@kelsenlaw.com
*Attorney for Plaintiff Yechezkel Neuberger*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| YECHEZKEL NEUBERGER,<br><br>Plaintiff,<br><br>v.<br><br>MERRICK BANK, INC., A Professional Collection Agency and JOHN DOES 1-25,<br><br>Defendants | Civil Action: 3:16-cv-01602 (MAS)(TJB)<br><br>**STIPULATION OF<br>DISCONTINUANCE WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys for the parties to this action that this action shall be and hereby is discontinued with prejudice and with each party to bear its own costs.

Dated: May __, 2016

| **THE LAW OFFICES OF BENJAMIN G. KELSEN, ESQ. LLC** | **SATTERLEE STEPHENS BURKE & BURKE LLP** |
|---|---|
| By: _____<br>Benjamin G. Kelsen, Esq.<br>1415 Queen Anne Road<br>Suite 206<br>Teaneck, New Jersey 07666<br>Telephone: 210-692-0073<br>Facsimile: 201-692-0151<br>Email: info@kelsenlaw.com<br>*Attorney for Plaintiff Yechezkel Neuberger* | By: _____<br>Christopher R. Belmonte<br>51 John F. Kennedy Parkway<br>First Floor West<br>Short Hills, New Jersey 07078-2713<br>Telephone: (973) 218-2509<br>Facsimile: (973) 218-2401<br>Email: cbelmonte@ssbb.com<br>*Attorneys for Defendant Merrick Bank, Inc* |